UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jermaine J. Dunlap,                    )
                                       )
              Petitioner,              )
                                       )    Case: 1:15-cv-00837
                                       )    Assigned To : Unassigned
v.                                     )    Assign. Date : 6/5/2015
                                       )    Description: Habeas Corpus/2255 (G)
Superior Court                         )
of the City of San Bernardino,         )
                                       )
              Respondent.              )

MEMORANDUM OPINION

Petitioner is a California state prisoner who has submitted a form "Petition for Writ of Habeas Corpus," which is comprised of incoherent statements. "Similar to the plaintiff's prior actions, this action is difficult to comprehend." *Dunlap v. Dep't of Review Board*, No. 14-0145, 2014 WL 414156 (D.D.C. Jan. 30, 2014), citing *Dunlap v. Board of Prison Hearings*, No. 1:08-cv-1770, 2009 WL 1759651, at *3 (E.D. Cal. Jun. 22, 2009) (dismissing amended habeas petition presenting "the same incomprehensible allegations [stated] on three separate [prior] occasions"). Dismissal is warranted first because the named court is not the proper respondent to address the habeas petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439-42 (2004) (applying "immediate custodian rule"). Second, unlike the requirements for pleading a civil action, "Rule 2(c) of the Rules Governing Habeas Corpus Cases requires a more detailed statement. The habeas rule instructs the petitioner to 'specify all the grounds for relief available to him' and to 'state the facts supporting each ground.'" *Mayle v. Felix*, 545 U.S. 644, 649 (2005) (footnote

1

and internal alteration omitted). The lodged petition comes nowhere near satisfying the habeas

pleading standard. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: May 16, 2015